No. 98-5686. VILLA ARELLANO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98-5687. HERNANDEZ, AKA RODRIGUEZ *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 98-5690. MORALES *v.* TERHUNE, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 98-5693. WARREN *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 98-5700. WILLIAMSON *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. D. C. Cir. Certiorari denied.

No. 98-5701. CONNER *v.* WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 98-5702. PIERCE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98-5703. SAUNDERS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98-5704. SMITH *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98-5705. BRATTON *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 98-5706. ABOH *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98-5708. JOHNSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98-5709. MOORE *v.* ARTUZ, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 98-5711. LUEPKE *v.* OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.